UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| BRENT OSTER, | Case No. 4:09-0851 SBA |
|---|---|
| Plaintiff, | **ORDER** |
| v. | [Docket No. 23] |
| STANDARD INSURANCE COMPANY; THE LUCASFILM LTD. GROUP LONG TERM DISABILITY PLAN; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Local Rule 79-5 specifies that a sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable. The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(b) or (c). Here, the Parties' application to seal a 3,690 page Administrative Record submitted in support of their respective Trial Briefs is not narrowly tailored and, therefore, does not comply with L.R. 79-5(a). The application for the sealing of the Administrative Record is DENIED.

IT IS HEREBY ORDERED THAT the Parties shall submit to the Court the selected portions of the Administrative Record, required in support of their respective motions, by no later than 5:00 p.m. on September 18, 2009. The selected portions shall be redacted as required to comply with L.R. 79-5.

IT IS SO ORDERED.

Dated: 9/14/09

_____
Honorable Saundra B. Armstrong