Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
Chantelle C. Egan (State Bar No. 257938)
cegan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendants
STANDARD INSURANCE COMPANY and THE
LUCASFILM LTD. GROUP LONG TERM
DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **BRENT OSTER,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**STANDARD INSURANCE COMPANY; THE LUCASFILM LTD. GROUP LONG TERM DISABILITY PLAN; and DOES 1 through 20, inclusive,**<br><br>　　　　**Defendant.** | **Case No. C 09-00851 (SBA)**<br><br>**JOINT STIPULATION AND ORDER REGARDING DOCUMENTS TO BE SEALED**<br><br>Date: October 20, 2009<br>Time: 1:00 p.m.<br>Courtroom: 3, 3rd Floor<br>Judge: Hon. Saundra B. Armstrong |

| | |
|---|---|
| 1 | Plaintiff Brent Oster, on the one hand, and Defendants Standard Insurance Company |
| 2 | ("Standard") and The Lucasfilm Ltd. Group Long Term Disability Plan, on the other hand, each |
| 3 | through their respective counsel of record, hereby stipulate as follows: |
| 4 | WHEREAS on or about September 15, 2009, Plaintiff filed an Administrative Motion to |
| 5 | maintain Exhibits A through G to the Declaration of Brian H. Kim (Docket No. 31) under seal |
| 6 | pursuant to Local Rule 79-5 because Defendants had designated confidential these exhibits' |
| 7 | contents pursuant to Stipulated Protective Order (Docket 22); |
| 8 | WHEREAS on or about September 22, 2009, Standard filed its Response (Docket No. |
| 9 | 41), Declaration of Lori Jenson (Docket No. 42) and Proposed Order (Docket No. 43) to |
| 10 | substantiate the need to maintain Exhibit E under seal and to withdraw the confidentiality |
| 11 | designation for Exhibits A-D and F-G. |
| 12 | WHEREAS Plaintiff filed 149-pages of excerpts of the Standard's Group Benefits LTD |
| 13 | Claims Manual ("Claims Manual") as Exhibit E, but referenced only pages 5.8, 6.3 and 7.8 of the |
| 14 | Claims Manual in his Rule 52 Motion for Judgment (Docket 30). |
| 15 | WHEREAS the Claims Manual is maintained in a confidential and proprietary manner |
| 16 | because the majority of its contents are Standard's trade secrets. Standard protects the |
| 17 | confidential and proprietary content of the Claims Manual by producing it subject to a protective |
| 18 | order, when the Claims Manual is subject to discovery. The one narrow exception to the |
| 19 | confidential and proprietary manner in which the Claims Manual is maintained and produced is |
| 20 | when documents are "relevant" documents pursuant to 29 C.F.R. 2560.503-1. |
| 21 | WHEREAS one paragraph of page 5.8 – entitled "Own Occupation versus Own Job" – |
| 22 | has been produced to insureds without a protective order pursuant to 29 C.F.R. 2560.503-1, yet |
| 23 | the remainder of page 5.8 is a trade secret along with pages 6.3 and 7.8. |
| 24 | WHEREAS Local Rule 79-5(a) requires that a request to seal documents be narrowly |
| 25 | tailored. |
| 26 | NOW THEREFORE, the parties hereby stipulate that Plaintiff will refile Exhibit E, |
| 27 | limiting the exhibit to pages 5.8, 6.3 and 7.8 of the Claims Manual, under seal, with the exception |
| 28 | of the paragraph of page 5.8 entitled "Own Occupation versus Own Job." |

THEREFORE, the parties hereby stipulate that Defendants withdraw their designation of confidentiality for Exhibits A through D and Exhibits F and G, and accordingly, those exhibits need not be filed under seal.

IT IS SO STIPULATED.

Dated: September 28, 2009

Respectfully submitted,

JONES DAY

By: /s/ Chantelle C. Egan
    Chantelle C. Egan

Attorneys for Defendants
STANDARD INSURANCE COMPANY and THE LUCASFILM LTD. GROUP LONG TERM DISABILITY PLAN

Dated: September 28, 2009

Respectfully submitted,

JONES DAY

By: /s/ Brian H. Kim
    Brian H. Kim

Attorneys for Plaintiff
BRENT OSTER

IT IS ORDERED that:

1. Plaintiff refile Exhibit E to the Declaration of Brian H. Kim (Docket No. 31), limiting the exhibit to pages 5.8, 6.3 and 7.8 of the Claims Manual, so as to narrowly tailor the sealable documents; and the refiled Exhibit E be sealed, with the exception of the paragraph of page 5.8 entitled "Own Occupation versus Own Job."

2. Exhibits A through D and Exhibits F and G to the Declaration of Brian H. Kim (Docket No. 31) are not sealable and will be made available to the public.

Dated: 9/30/09

_/s/ Saundra B. Armstrong_
Honorable Saundra B. Armstrong
United States District Judge