1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  Chantelle C. Egan (State Bar No. 257938)
   cegan@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 626-3939
6  Facsimile:     (415) 875-5700

7  Attorneys for Defendants
   STANDARD INSURANCE COMPANY and THE
8  LUCASFILM LTD. GROUP LONG TERM
   DISABILITY PLAN

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13

14  **BRENT OSTER,**                        | **Case No. C 09-00851 (SBA)**

15              **Plaintiff,**               | **JOINT STIPULATION REGARDING
                                             | BRIEFING SCHEDULE FOR
16        **v.**                             | PLAINTIFF'S MOTION FOR
                                             | ADMINISTRATIVE RELIEF**
17  **STANDARD INSURANCE COMPANY;**
    **THE LUCASFILM LTD. GROUP**             | Date:        March 16, 2010
18  **LONG TERM DISABILITY PLAN; and**       | Time:        1:00 p.m.
    **DOES 1 through 20, inclusive,**        | Courtroom:   1, 4th Floor
19                                           | Judge:       Hon. Saundra B. Armstrong
              **Defendants.**
20

21

22

23

24

25

26

27

28

1       Plaintiff Brent Oster and Defendants Standard Insurance Company ("Standard") and The

2 Lucasfilm Ltd. Group Long Term Disability Plan (the "Disability Plan"), each through their

3 respective counsel of record, hereby stipulate as follows:

4       WHEREAS on February 22, 2010, Mr. Oster filed a Motion for Administrative Relief

5 (Civil Local Rule 7-11) (Docket No. 73) requesting leave of Court to supplement the

6 administrative record with medical records;

7       WHEREAS Local Rule 7-11(b) calls for any opposition to said Motion for Administrative

8 Relief (the "Motion") to be filed within four days after the Motion's filing (February 26, 2010);

9       WHEREAS Katherine Ritchey, trial counsel for Standard and the Disability Plan, will be

10 out of the office on business from February 25 to March 2, and these defendants seek to have

11 their trial counsel involved in the response to Plaintiff's request to supplement the evidence at

12 trial;

13       THEREFORE, the parties hereby stipulate that Standard and the Disability Plan may file

14 their opposition to the Motion on Friday, March 5, 2010.

15 ///

16 ///

17 ///

18

19

20

21

22

23

24

25

26

27

28

1    IT IS SO STIPULATED.

2

3    Dated: February 23, 2010                    Respectfully submitted,

4                                                JONES DAY

5

6                                                By: /s/  Chantelle C. Egan
                                                     Chantelle C. Egan
7
                                                Attorneys for Defendants
8                                                STANDARD INSURANCE COMPANY and
                                                THE LUCASFILM LTD. GROUP LONG
9                                                TERM DISABILITY PLAN

10

11   Dated: February 22, 2010                    Respectfully submitted,

12                                               PILLSBURY & LEVINSON

13

14                                               By: /s/  Brian H. Kim
                                                     Brian H. Kim
15                                               Attorneys for Plaintiff

16                                               BRENT OSTER

17

18

19        IT IS ORDERED that Defendants Standard Insurance Company and The Lucasfilm Ltd.

20   Group Long Term Disability Plan may file their opposition to Plaintiff Brent Oster's Motion for

21   Administrative Relief (Civil Local Rule 7-11) (Docket No. 73) on March 5, 2010.

22

23        March

24   Dated: ~~February~~ _1_, 2010               _____
                                                 Honorable Saundra B. Armstrong
25                                               United States District Judge

26

27   SFI-630762v1

28

Joint Stipulation Re: Briefing Schedule,
Case No.  C 09-00851 (SBA)