UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRENT OSTER,<br><br>    Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No: C 09-00851 SBA<br><br>**ORDER** |

In this matter, Plaintiff and Defendants have filed Motions for Judgment as a Matter of Law, pursuant to Federal Rule of Civil Procedure 52. (Docket Nos. 29, 66.) The parties have also filed proposed orders in connection with those motions. Those proposed orders are deficient in that they do not contain proposed findings of fact and conclusions of law as required by Rule 52(a). Accordingly,

IT IS HEREBY ORDERED THAT on or before August 23, 2010, each side shall file proposed findings of fact and conclusions of law on all material issues, not to exceed twenty (20) pages in length. Findings shall be brief, clear, written in plain English and free of pejorative language, conclusions and argument.

IT IS SO ORDERED.

Dated: August 17, 2010

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge