Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
Chantelle C. Egan (State Bar No. 257938)
cegan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:   (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendants
STANDARD INSURANCE COMPANY and THE LUCASFILM LTD. GROUP LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **BRENT OSTER,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**STANDARD INSURANCE COMPANY; THE LUCASFILM LTD. GROUP LONG TERM DISABILITY PLAN; and DOES 1 through 20, inclusive,**<br><br>      **Defendants.** | **Case No. C 09-00851 (SBA)**<br><br>**JOINT STIPULATION REGARDING SCHEDULE FOR PARTIES' BENEFITS CALCULATION AND ORDER** |

1    Plaintiff Brent Oster and Defendants Standard Insurance Company ("Standard") and The
2    Lucasfilm Ltd. Group Long Term Disability Plan (the "Disability Plan"), each through their
3    respective counsel of record, hereby stipulate as follows:

4    WHEREAS on October 8, 2010, the Court filed under seal Findings of Fact and
5    Conclusions of Law, ordering the parties to (1) "meet and confer in an effort to reach a stipulation
6    regarding the amount of benefits owed under the Policy, including consideration of any
7    applicable offsets" and (2) "submit such a stipulation, or … each submit an additional brief, not to
8    exceed five (5) pages (excluding any supporting declaration(s)), addressing the amount of
9    benefits owed under the Policy" by October 29, 2010;

10   WHEREAS collection and analysis of Plaintiff's sources of income are necessary for the
11   calculation of "benefits owed under the Policy, including consideration of any applicable offsets;"

12   WHEREAS Plaintiff has been engaged in obtaining copies of documents relating to his
13   income for the calculation of benefits and consideration of applicable offsets;

14   WHEREAS Plaintiff has requested copies of documentation of his income not in his
15   possession from outside sources, including the California Employment Development Department;

16   WHEREAS once necessary documentation of Plaintiff's income is obtained, Plaintiff will
17   promptly produce said documentation without redactions to Standard, subject to Standard's
18   representation that it will not share such documentation with any third party, due to privacy
19   concerns, except for those actuaries it uses for the calculation of benefits;

20   WHEREAS upon receipt of necessary documentation of all Plaintiff's income, Standard
21   and Plaintiff will independently engage in an analysis of the documents and the requirements of
22   the Plan Policy, and will perform the benefits calculation required by Plaintiff's multiple sources
23   of income;

24   WHEREAS due to the complexity of the calculation of benefits, the parties reasonably
25   anticipate that follow up and consultations with actuaries may delay the calculation of benefits,
26   even once Plaintiff provides the above-mentioned documentation;

27   WHEREAS the parties would like the opportunity to attempt to resolve the calculation of
28   benefits by stipulation, and without further motion practice;

THEREFORE, the parties hereby stipulate that by November 30, 2010,

- the parties will submit a stipulation as to benefits owed to Plaintiff, or if they do not agree on the calculation of benefits, will each submit an additional brief, not to exceed five (5) pages (excluding any supporting declaration(s) and exhibits), addressing the amount of benefits owed under the Plan Policy; OR
- in the event the collection of necessary documents relating to Plaintiff's income is not complete or the parties cannot reasonably complete their analysis by November 30, 2010, and thus neither a joint stipulation regarding benefits nor individual briefs have been filed, the parties will submit a further stipulation reporting on the progress of their efforts to calculate benefits and, if requested by the Court, will participate in a telephonic case management conference to report on the status of the calculation of benefits.

IT IS SO STIPULATED.

Dated: October 21, 2010                   Respectfully submitted,

                                          JONES DAY

                                          By: /s/ Chantelle C. Egan
                                              Chantelle C. Egan

                                          Attorneys for Defendants
                                          STANDARD INSURANCE COMPANY and
                                          THE LUCASFILM LTD. GROUP LONG
                                          TERM DISABILITY PLAN

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: October 21, 2010                   Respectfully submitted,

                                          PILLSBURY & LEVINSON

                                          By: /s/ Brian H. Kim
                                              Brian H. Kim

                                          Attorneys for Plaintiff
                                          BRENT OSTER

**AS STIPULATED, IT IS SO ORDERED**.

Dated: October 25, 2010

_____
Honorable Saundra B. Armstrong
United States District Judge