1  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
2  Chantelle C. Egan (State Bar No. 257938)
   cegan@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:     (415) 626-3939
5  Facsimile:     (415) 875-5700

6  Attorneys for Defendants
   STANDARD INSURANCE COMPANY and THE
7  LUCASFILM LTD. GROUP LONG TERM
   DISABILITY PLAN

8

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                     OAKLAND DIVISION

12

| 13 | **BRENT OSTER,** | **Case No. C 09-00851 (SBA)** |
|----|------------------|-------------------------------|
| 14 | **Plaintiff,** | **JOINT STIPULATION REGARDING BENEFITS AND  ORDER** |
| 15 | **v.** | |
| 16 | **STANDARD INSURANCE COMPANY;** | |
| 17 | **THE LUCASFILM LTD. GROUP LONG TERM DISABILITY PLAN; and DOES 1 through 20, inclusive,** | |
| 18 | | |
| 19 | **Defendants.** | |

20

21

22

23

24

25

26

27

28

1      Plaintiff Brent Oster and Defendants Standard Insurance Company ("Standard") and The

2   Lucasfilm Ltd. Group Long Term Disability Plan (the "Disability Plan"), each through their

3   respective counsel of record, hereby stipulate as follows:

4      WHEREAS on October 8, 2010, the Court filed under seal Findings of Fact and

5   Conclusions of Law (the "Order"), reversing Standard's claim decision and ordering the parties to

6   (1) "meet and confer in an effort to reach a stipulation regarding the amount of benefits owed

7   under the Policy, including consideration of any applicable offsets" and (2) "submit such a

8   stipulation, or … each submit an additional brief, not to exceed five (5) pages (excluding any

9   supporting declaration(s)), addressing the amount of benefits owed under the Policy" by October

10   29, 2010;

11      WHEREAS on October 25, 2010, the Court granted the parties' Joint Stipulation

12   Regarding Schedule for Parties' Benefits Calculation (Docket No. 93), extending the deadline to

13   for the parties to "reach a stipulation regarding the amount of benefits owed under the Policy" to

14   November 30, 2010;

15      WHEREAS as required by the Order, the parties have met and conferred to arrive at the

16   calculation of benefits based on Plaintiff's financial documents and the requirements of the Plan

17   Policy;

18      WHEREAS Defendants seek to comply with the Court's order without accepting or

19   acknowledging that Standard's decision was an abuse of discretion or in any way erroneous or

20   improper, or that Plaintiff is entitled to any additional benefits; and while preserving their right to

21   appeal the Order and argue that Standard's claim decision, including its benefits determination,

22   should stand;

23      THEREFORE, the parties hereby stipulate that, assuming the Court's decision reversing

24   Standard's claim decision was proper and benefits are owed to Plaintiff (which Defendants

25   dispute and preserve their right to appeal), Plaintiff is owed benefits in the amount of $153,973.77

26   for benefits from July 7, 2004 to April 13, 2008, and that no further benefits are due under the

27   Policy and Plaintiff's claim is closed as of April 13, 2008.

28   ///

Joint Stipulation Re: Benefits &
[Proposed] Order,
Case No.  C 09-00851 (SBA)

1    IT IS SO STIPULATED.

2    Dated: November 30, 2010                    Respectfully submitted,

3                                                JONES DAY

4                                                By: /s/  Chantelle C. Egan
                                                     Chantelle C. Egan
5
                                                Attorneys for Defendants
6                                               STANDARD INSURANCE COMPANY and
                                                THE LUCASFILM LTD. GROUP LONG
7                                               TERM DISABILITY PLAN

8

9    In accordance with General Order No. 45, Section X(B), the above signatory attests that

10   concurrence in the filing of this document has been obtained from the signatory below.

11   Dated: November 30, 2010                    Respectfully submitted,

12                                               PILLSBURY & LEVINSON

13                                               By:  /s/  Brian H. Kim
                                                      Brian H. Kim
14
                                                Attorneys for Plaintiff
15                                              BRENT OSTER

16

17

18       **AS STIPULATED, IT IS SO ORDERED**.

19   Dated:  12/15/10                            _____
                                                 Honorable Saundra B. Armstrong
20                                               United States District Judge

21

22

23

24

25

26

27

28