1  Arnold R. Levinson     (State Bar No. 066583)
   Terrence J. Coleman   (State Bar No. 172183)
2  Brian H. Kim           (State Bar No. 215492)
   PILLSBURY & LEVINSON, LLP
3  The Transamerica Pyramid
   600 Montgomery St., 31st Floor
4  San Francisco, California 94111
   Telephone: (415) 433-8000
5  Facsimile:  (415) 433-4816
   Email: alevinson@pillsburylevinson.com
6          tcoleman@pillsburylevinson.com
           bkim@pillsburylevinson.com
7
   Attorneys for Plaintiff
8  BRENT OSTER

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12  BRENT OSTER,                          )   Case No. C09-00851 SBA (JCS)
                                          )
13          Plaintiff,                    )   **PLAINTIFF'S MOTION FOR**
                                          )   **ADMINISTRATIVE RELIEF (CIVIL**
14          vs.                           )   **LOCAL RULE 7-11) RE [PROPOSED]**
                                          )   **ORDER ADOPTING REPORT AND**
15  STANDARD INSURANCE COMPANY; THE       )   **RECOMMENDATION RE PLAINTIFF'S**
    LUCASFILM LTD. GROUP LONG TERM        )   **MOTION FORATTORNEYS' FEES AND**
16  DISABILITY PLAN; and DOES 1-20, inclusive, )  **COSTS AND AMENDING JUDGMENT**
                                          )
17          Defendants.                   )
                                          )
18

19          Pursuant to Civil Local Rule 7-11, Plaintiff Brent Oster requests that the Court amend the

20  Judgment entered on December 28, 2010 (Doc. #98) to include, in addition to the relief already

21  provided, an award to Plaintiff in the amount of $156,720.00 in attorneys' fees, $8,095.18 in expenses

22  incurred in this litigation, and pre-judgment interest in the amount of $35,753.40, reflecting an interest

23  rate of 5% simple interest per annum.

24          Plaintiff seeks such relief for the following reasons:

25          First, on April 6, 2011, Magistrate Judge Joseph C. Spero issued a Report and

26  Recommendation Re Plaintiff's Motion for Attorneys' Fees and Costs ("Report and

27  Recommendation").  Doc. #117.  Magistrate Judge Spero recommended that Plaintiff be awarded

28

$156,720.00 in attorneys' fees, $8,095.18 in expenses incurred in this litigation, and pre-judgment interest in the amount of $35,753.40, reflecting an interest rate of 5% simple interest per annum. *Id.*

Second, no objections to the Report and Recommendation have been filed by Defendants, and Defendants have failed to file any objections within 14 days after receiving service of the Report and Recommendations as required by Rule 72 of the Federal Rules of Civil Procedure.

Third, Defendants' counsel declined to enter into a stipulation proposed by Plaintiff's counsel under Local Rule 7-12 to amend the Judgment to include the award of attorneys' fees, costs and prejudgment interest recommended by Magistrate Spero. Kim Decl., ¶¶2-3, Exh. A-B.

For the foregoing reasons, Plaintiff respectfully requests that the Court enter the [Proposed] Order Adopting Report and Recommendation Re Plaintiff's Motion for Attorneys' Fees and Costs and Amending Judgment, attached as **Exhibit A** to the [Proposed] Order.

Dated: April 29, 2011                                   PILLSBURY & LEVINSON, LLP


                                    By:   /s/ Brian H. Kim
                                          Brian H. Kim
                                          Attorneys for Plaintiff
                                          BRENT OSTER

Plaintiff's Motion For Administrative Relief Re [Proposed] Order Adopting Report          Case No. C09-00851 SBA (JCS)
And Recommendation Re Plaintiff's Motion For Attorneys' Fees And Costs And
Amending Judgment