UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT OSTER,<br><br>    Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY; THE LUCASFILM LTD. GROUP LONG TERM DISABILITY PLAN; and DOES 1-20, inclusive,<br><br>    Defendants. | Case No. C09-00851 SBA (JCS)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION RE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS AND AMENDING JUDGMENT** |

Pursuant to the Court's Order of Reference (Docket 107), Magistrate Judge Joseph C. Spero issued a Report and Recommendation in which he recommends granting Plaintiff's Motion for Attorneys' Fees and Costs (Docket 100) and awarding $156,720.00 in attorneys' fees, $8,095.18 in litigation expenses, and $35,753.40 in pre-judgment interest to Plaintiffs. Although no objections have been filed, this Court reviews Magistrate Judge Spero's legal conclusions de novo. See Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983). Upon such review, the Court finds no error in Magistrate Judge Spero's Report and Recommendation. Accordingly,

IT IS HEREBY ORDERED THAT Magistrate Judge Spero's Report and Recommendation (Docket 117) is ACCEPTED and shall become the Order of this Court. The Judgment (Doc. #98)

-1-

[PROPOSED] ORDER ADOPTING REPORT AND RECOMMENDATION RE     Case No. C09-00851 SBA (JCS)
PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS AND AMENDING
JUDGMENT

1 | in this case is hereby amended to include the previously mentioned award of attorneys' fees,
2 | litigation expenses and pre-judgment interest.  This Order terminates Docket 100.
3 |     IT IS SO ORDERED.
4 | Dated: May 2, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

-2-

[PROPOSED] ORDER ADOPTING REPORT AND RECOMMENDATION RE         Case No. C09-00851 SBA (JCS)
PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS AND AMENDING
JUDGMENT